No. 73–7082. OWENS ET AL. *v.* I. F. P. CORP., DBA OLSHINE'S CREDIT CLOTHING CO., ET AL. Affirmed on appeal from D. C. W. D. Ky. ▮

No. 73–1473. ANN ARBOR RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.;

No. 73–1490. KANSAS CITY SOUTHERN RAILWAY CO. ET AL. *v.* UNITED STATES ET AL.; and

No. 73–1670. UNITED STATES *v.* INTERSTATE COMMERCE COMMISSION. Affirmed on appeals from D. C. E. D. Pa. MR. JUSTICE DOUGLAS would remand No. 73–1670 to the Interstate Commerce Commission for a finding on the reasonableness of the prescribed rate. MR. JUSTICE POWELL took no part in the consideration or decision of these appeals. Reported below: 368 F. Supp. 101.

No. 73–1831. SCOTT PAPER CO. ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. E. D. Pa. MR. JUSTICE POWELL took no part in the consideration or decision of this appeal. ▮

No. 73–1370. PHELPS *v.* MORGAN, U. S. DISTRICT JUDGE, ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 73–1615. CALDERON *v.* BOARD OF EDUCATION OF EL MONTE SCHOOL DISTRICT OF LOS ANGELES COUNTY. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.